UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| C. WILLIAM CURTIS, on behalf of the Estate of Daniel Joseph Linsinbigler, Deceased | ) ) ) ) | CASE NO.: 3:13-cv-1352 |
| Plaintiff, | ) ) | JUDGE: JAMES R. KLINDT |
| vs. | ) ) ) | MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE* |
| RICK BESSER, as CLAY COUNTY SHERIFF, et al. | ) ) ) | |
| Defendants. | ) | |

Pursuant to Middle District of Florida Local Rule 2.02, Thomas D. Robenalt hereby moves the court to admit him *pro hac vice* to appear and participate as co-counsel in this case for Plaintiff, C. William Curtis, as Personal Representative of the Estate of Daniel Joseph Linsinbigler, Deceased.

1.     The undersigned, Thomas D. Robenalt, is an attorney licensed to practice law in the States of Ohio and Florida and is seeking permission to act as co-counsel for Plaintiff in this case. This motion seeks permission for Mr. Robenalt to appear in this case and for no other purpose.

2.     The undersigned is in good standing with and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| State of Ohio (#0055960) | 1991 |
| State of Florida (#0969052) | 1992 |
| Northern District of Ohio (Federal) | 1993 |

3.     The undersigned represents that he is a member in good standing of the highest Court of Ohio as attested by the accompanying certificate from that Court and has not been subject to discipline by the Supreme Court of Ohio, where his practice is located, or the Supreme Court of Florida.  See, Affidavit and Certificate of Good Standing for the Supreme Court of Ohio attached hereto as Exhibit A.

4.     Thomas D. Robenalt is eligible to become a member of the permanent bar of this Court; however, it does not appear practicable for one case. Applicant has complied with Local Rule 2.02 by attaching the Special Admission Attorney Certification as Exhibit B.

5.     The undersigned will be co-counsel with Michael D. Marrese (Florida Bar #0544299) of the law firm of Morgan & Morgan, located at 76 S. Laura Street, Suite 1100, Jacksonville, Florida 32202, telephone number: (904) 398-2722.

6.     The undersigned is not a resident of, nor regularly employed or engaged in business or other professional activities in the State of Florida.

7.     Thomas D. Robenalt understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting to this motion.

8.     Thomas D. Robenalt's relevant contact information is as follows:

Business address:   Mellino Robenalt, LLC
19704 Center Ridge Road
Rocky River, Ohio 44116

Business telephone (440) 333.3800; Business Fax (440) 333.1492
Business e-mail address: trobenalt@mellinorobenalt.com

Based upon the foregoing, applicant Thomas D. Robenalt of Mellino Robenalt, LLC, respectfully requests that this court permit him to be admitted as co-counsel for Plaintiff in the above-captioned case.

Respectfully submitted,

THOMAS D. ROBENALT (#0969052)
**MELLINO ROBENALT LLC**
19704 Center Ridge Road
Rocky River, Ohio 44116
(440) 333-3800
Fax: (440) 333-1452
trobenalt@mellinorobenalt.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2013 the foregoing document was sent to the Clerk of the Court and the following counsel of record via first class mail:

Michael D. Marrese, Esq.
**Morgan & Morgan, PA**
Suite 1100
76 S Laura St
Jacksonville, FL 32202

Keith C. Tischler, Esq.
**Jolly & Peterson, PA**
PO Box 37400
Tallahassee, FL 32315

THOMAS D. ROBENALT (#0969052)
**MELLINO ROBENALT LLC**

STATE OF OHIO            )
                        ) SS            AFFIDAVIT
COUNTY OF CUYAHOGA )

 Now comes Affiant, Thomas D. Robenalt, Esq., being first duly sworn, and having knowledge of the facts contained herein, states that:

1. This affidavit is being prepared in case of C. William Curtis, on behalf of the Estate of Daniel Joseph Linsinbigler v. Rick Besser, as Clay County Sheriff, et al., Case No. 3:13-cv-1352, currently pending in the US District Court, Middle District of Florida.

2. Affiant has been licensed to practice law by the Ohio Supreme Court since 1991 and Florida Supreme Court since 1992 and has never been the subject of discipline by either court.

3. Affiant has been licensed to practice law before the United States District Court, Northern District of Ohio since approximately 1993 and has never been the subject of discipline in any federal court proceeding.

4. Affiant has been engaged in the active practice of law in Ohio since graduation from law school in 1991; however, has only recently changed his status from inactive to active in the State of Florida in 2013.

 Further Affiant sayeth naught.

_____
Thomas D. Robenalt

Sworn to before me and subscribed in my presence on this 1�ᵗʰ day of December 2013.

**MEGAN STORRIE**
Notary Public
State of Ohio
Cuyahoga County
My Commission Expires
August 19, 2017

_____
(Notary Public)



EXHIBIT
A

# The Supreme Court of Ohio

## C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Thomas Durbin Robenalt

was admitted to the practice of law in Ohio on November 18, 1991; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 2nd day of December, 2013.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

Tammy White
*Attorney Services Manager*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### SPECIAL ADMISSION
### ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

C. William Curtis, on behalf of the

Estate of Daniel Linsinbigler           .

Plaintiff(s)/Petitioner(s),
v.

Rick Besser as Clay County

Sheriff, et al.           .

Defendant(s)/Respondent(s)

_____/

CASE NO. 3:13-cv-1352

I, Thomas D. Robenalt           (pro hac vice counsel), hereby submit this attorney certification form

to the Court on behalf of   Plaintiff           (party represented).

### ATTORNEY INFORMATION

Firm Name: Mellino Robenalt, LLC

Address: 19704 Center Ridge Road

City: Rocky River          State: Oh          Zip: 44116 .

Firm/Business Phone: 440 . 333 . 3800          Alternate Phone: ___ . ___ . ___

Firm/Business Fax: 440 . 333 . 1452

E-mail Address: trobenalt @ mellinorobenalt.com

### ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE**: If proceedings ARE pending at this time, please explain on the reverse side of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____          12/10/13
Signature                                 Date

PHV Attorney Certification/Revised 06/04/07

EXHIBIT
B